# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02248-LTB-CBS

EMILY GALLEGOS,

    Plaintiff,

v.

CARSON SMITHFIELD, LLC, a Delaware limited liability company,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served November 4, 2014 and the acceptance thereof filed November 11, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Emily Gallegos and against the Defendant Carson Smithfield, LLC in the amount of $1,001.00. In addition, Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant; said Plaintiff's costs and reasonable attorney's fees shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.12%  from the date of entry of Judgment.

DATED at Denver, Colorado this  12th  day of November, 2014.

                                          JEFFREY P. COLWELL, CLERK

                              By:   s/D. Kalsow
                                    Deputy Clerk