**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02248-LTB-CBS

EMILY GALLEGOS,

    Plaintiff,

v.

CARSON SMITHFIELD, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the Stipulated Motion to Amend the Judgment against the Defendant to Add Plaintiff's Attorney's Fees and Costs, CM/ECF # 19. The Court has reviewed the pleading and the case file and is fully advised in the premises. It is ORDERED as follows:

    1.   The Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees and Costs, CM/ECF # 19, is GRANTED.

    2.   Plaintiff's reasonable attorney's fees in the amount of $3,250.00 shall be added to the current Judgment of $1,001.00 and the costs Stipulated by the parties and taxed by the Clerk of the Court in the amount of $470.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Emily Gallegos, and against the Defendant, Carson Smithfield, LLC, in the total amount of $4,721.00.

      3.    Plaintiff's pending Motion for Attorney's Fees, CM/ECF # 17, is denied as moot.

Dated this   19th   day of December, 2014.

                       BY THE COURT:

                       s/Lewis T. Babcock
                       Lewis T. Babcock
                       U.S. DISTRICT JUDGE