**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02248-LTB-CBS

EMILY GALLEGOS,

    Plaintiff,

v.

CARSON SMITHFIELD, LLC, a Delaware limited liability company,

    Defendant.

## AMENDED JUDGMENT

    Pursuant to the offer of judgment served November 4, 2014 and the acceptance thereof filed November 11, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

    ORDERED that judgment is hereby entered for the Plaintiff Emily Gallegos and against the Defendant Carson Smithfield, LLC in the amount of $1,001.00, plus Plaintiff's reasonable attorney's fees in the amount of $3,250.00 and costs Stipulated by the parties and taxed by the Clerk of the Court in the amount of $470.00, for a total judgment of $4,721.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.12% from the date of entry of Judgment.

DATED at Denver, Colorado this 19th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ D. Kalsow

Deputy Clerk