**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02248-LTB-CBS

EMILY GALLEGOS,

      Plaintiff,

v.

CARSON SMITHFIELD, LLC, a Delaware limited liability company,

      Defendant.

_____

**ORDER VACATING THE JUDGMENT AND DISMISSING CASE WITH PREJUDICE**
_____

      THE COURT having reviewed the Stipulated Motion to Vacate the Judgment and Dismiss With Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc 22), and being fully advised in the premises, DOES HEREBY ORDER that the judgment is VACATED and this case is DISMISSED WITH PREJUDICE, with each party to pay her or its own attorney's fees and costs.

      Dated this   15th   day of June, 2015.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock
      U.S. DISTRICT JUDGE